**86–193.** State v. Steffen. *Hamilton County,* No. C–830445. Reported at 68 Ohio St.3d 1462, 627 N.E.2d 1002. On motion for rehearing. Rehearing denied.

**92–198.** Shaffer v. Maier. *Hamilton County,* Nos. C–900573 and C–900600. Reported at 68 Ohio St.3d 416, 627 N.E.2d 986. On motion for rehearing. Rehearing denied.

MOYER, C.J., and WRIGHT, J., dissent.

RESNICK, J., not participating.

**92–2583.** Clark v. Nationwide Mut. Ins. Co. *Franklin County,* No. 92AP–485. Reported at 68 Ohio St.3d 365, 627 N.E.2d 529. On motion for rehearing. Rehearing denied.

**93–1465.** Farwick v. Sisters of Mercy of Clermont Cty., Ohio, Inc. *Clermont County,* No. CA92–08–085. Reported at 68 Ohio St.3d 450, 628 N.E.2d 57. On motion for rehearing. Rehearing denied.

MOYER, C.J., dissents.

**93–1819.** In re Reiner. *Cuyahoga County,* No. 65292. Reported at 68 Ohio St.3d 1470, 628 N.E.2d 1389. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**93–2065.** State v. Evans. *Hamilton County,* Nos. C–910443 and C–910515. Reported at 68 Ohio St.3d 1474, 628 N.E.2d 1392. On motion for rehearing. Rehearing denied.

**93–2323.** Smith v. Long. *Hamilton County,* No. C–920735. Reported at 68 Ohio St.3d 1473, 628 N.E.2d 1391. On motion for rehearing. Rehearing denied.

PFEIFER, J., dissents.

**93–2339.** Andrews v. Airborne Freight Corp. *Mahoning County,* No. 92 C.A. 104. Reported at 68 Ohio St.3d 1465, 627 N.E.2d 1004. On motion for rehearing. Rehearing denied.

**93–2502.** State v. Britton. *Lucas County,* No. L–83–266. Reported at 68 Ohio St.3d 1461, 627 N.E.2d 1001. On motion for rehearing. Rehearing denied.

**93–2600.** State ex rel. Jackson v. Columbiana Cty. Court. In Prohibition. Reported at 68 Ohio St.3d 1469, 628 N.E.2d 1388. On motion for rehearing. Rehearing denied.

**94–316.** Mayfield Hts. v. Nozik. *Cuyahoga County,* No. 62714. Reported at 68 Ohio St.3d 1479, 629 N.E.2d 455. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**94–347.** State ex rel. Zonders v. Delaware Cty. Bd. of Elections. Reported at 68 Ohio St.3d 1476, 629 N.E.2d 452. On motion for rehearing. Rehearing denied.

DOUGLAS, J., not participating.